IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-307-10 |
| VS. | : | |
| FRANKLIN GENAO-CABA | : | HON. CHAD F. KENNEY |

## ORDER

**AND NOW**, this ____ day of _____, 2020, upon consideration of the Motion to Withdraw as Counsel, it is hereby **ORDERED** that this motion is **GRANTED** and present counsel, Howard D. Popper, Esquire is relieved as counsel forthwith.

BY THE COURT:

_____
HON. CHAD F. KENNEY
U.S. DISTRICT COURT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 19-307-10 |
| VS. | : | |
| FRANKLIN GENAO-CABA | : | HON. CHAD F. KENNEY |

## ORDER FOR HEARING

AND NOW, this _____ day of, _____ 2020, it is hereby ORDERED that a hearing on counsel's Motion to Withdraw as Counsel is scheduled for _____, 2020.

BY THE COURT:

_____
HONORABLE CHAD F. KENNEY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 19-307-10** |
| | : | |
| VS. | : | |
| | : | |
| **FRANKLIN GENAO-CABA** | : | **HON. CHAD F. KENNEY** |

## MOTION TO WITHDRAW AS COUNSEL

**TO THE HONORABLE CHAD F. KENNEY, JUDGE OF UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA:**

Counsel, Howard D. Popper, Esquire, files this Motion to Withdraw as Counsel for Franklin Genoa-Caba and submits the following in support thereof:

1. On September 4, 2019, Franklin Genoa-Caba was indicted in a two count indictment with: conspiring to knowingly and intentionally distributing 400 grams or more of fentanyl, in violation of Title 21 U.S.C. §841(a)(1), (b)(1)(A), Count One; knowingly and intentionally possessed with intent to distribute 400 grams or more of fentanyl, in violation of Title 21 U.S.C.§841(a)(1)(b)(1)(A), Count Two.

2. On October 21, 2019, counsel entered his appearance as retained counsel.

3. The trial date in the above-captioned matter is scheduled for March 8, 2021

4. Franklin Genoa-Caba has not complied with the terms of the fee agreement that was executed on October 21, 2019. Specifically, defendant has not met his financial obligations, nor will be able in the future.

5. Based on Franklin Genoa-Caba's financial situation and his inability to pay counsel, Howard D. Popper, Esquire respectfully requests to withdraw as counsel for Franklin Genoa-Caba.

WHEREFORE, counsel is respectfully requesting that this Honorable Court grant his motion to withdraw as counsel.

Respectfully submitted,

_____

HOWARD D. POPPER, ESQUIRE
ATTORNEY FOR FRANKLIN GENOA-CABA

## CERTIFICATE OF SERVICE

I, Howard D. Popper, Esquire, do hereby certify that on this date, a true and correct copy of the MOTION TO WITHDRAW AS COUNSEL via the court's electronic court filing (ecf) system:

> Joseph T. Labrum, III, AUSA
> United States Attorney's Office
> 615 Chestnut Street
> Suite 1250
> Philadelphia, Pa 19106

_____
Howard D. Popper
Attorney for defendant, Franklin Genoa-Caba

Date: 2.25-2020